MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Artyk Osmonaliev, | No. CV-25-03531-PHX-JJT (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| John Cantu, *et al.*, | |
| Respondents. | |

Petitioner Artyk Osmonaliev, who is represented by counsel, filed a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and paid the filing fee. The Court will require Respondents Cantu, Lyons, Noem, and Bondi to answer the Petition.

In his § 2241 Petitioner, Petitioner names as Respondents United States Immigration and Customs Enforcement (ICE), ICE Phoenix Field Office Director John Cantu, ICE Acting Director Todd Lyons, the United States Department of Homeland Security (DHS), DHS Secretary Kristi Noem, and United States Attorney General Pamela Bondi. Petitioner alleges he is a Kyrgyzstani citizen who was threatened by the Kyrgyz government and sought asylum in the United States.

Petitioner contends he presented at a port of entry in September 2022, and was paroled into the United States based on his individual facts and circumstances. In May 2023, Respondents initiated removal proceedings pursuant to 8 U.S.C. § 1229a.

. . . .

TERMPSREF

In June 2023, Petitioner applied for asylum. Respondents alleged he was inadmissible to the United States under 8 U.S.C. § 1182(a)(7)(A)(i)(I), and a hearing was ultimately scheduled for April 14, 2025. When Petitioner appeared for his immigration court hearing, the Immigration Judge scheduled an individualized/merits hearing for January 11, 2027.

On September 10, 2025, Petitioner was arrested in Phoenix, Arizona, and was transferred to DHS custody. On September 25, 2025, an Immigration Judge denied Petitioner bond, concluding he was an arriving alien. Petitioner is currently detained in Eloy, Arizona.

In his § 2241 Petition, Petitioner raises three grounds for relief. In Grounds One and Two, he asserts he is being denied his Fifth Amendment procedural and substantive due process rights. In Ground Three, he claims revoking his parole and detaining him without consideration of his individualized facts and circumstances violates the Administrative Procedures Act.

The Court will require Respondents Cantu, Lyons, Noem, and Bondi to answer the Petition. The Court will dismiss Respondents ICE and DHS because a petitioner for habeas relief must name the *official* having custody of him as a respondent to the petition. *See Smith v. Idaho*, 392 F.3d 350, 354 (9th Cir. 2004) (citing *Stanley v. Calif. Sup. Ct.*, 21 F.3d 359, 360 (9th Cir. 1994)).

**IT IS ORDERED:**

(1)  Respondents United States Immigration and Customs Enforcement and United States Department of Homeland Security are **dismissed**.

(2)  Counsel for Petitioner must immediately serve the Petition on Respondents Cantu, Lyons, Noem, and Bondi.

(3)  If not already issued, the Clerk's Office must issue any properly completed summonses.

(4)  The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition to the United States Attorney for the District of Arizona, to the

TERMPSREF

attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(5) Respondents Cantu, Lyons, Noem, and Bondi must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(6) Petitioner may file a reply within **10 days** from the date of service of the answer.

(7) Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(8) This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 30th day of September, 2025.

Honorable John J. Tuchi
United States District Judge

**TERMPSREF**